## ENTRY ORDER

SUPREME COURT DOCKET NO. 2020-218

AUGUST TERM, 2020

| | | |
|---|---|---|
| In re Z.L., Juvenile (P.K., Mother*) | } | ORIGINAL JURISDICTION |
| | } | |
| | } | Superior Court, Bennington Unit |
| | } | Family Division |
| | } | |
| | } | DOCKET NO. 126-11-13 Bnjv |

In the above-entitled cause, the Clerk will enter:

Petitioner's request for extraordinary relief is dismissed as petitioner has not demonstrated that "there is no adequate remedy by appeal under these rules or by appeal or through proceedings for extraordinary relief in the superior courts." V.R.A.P. 21(a)(3).

Petitioner has also requested appointment of counsel. Parents are entitled to counsel in "proceedings arising out of a petition brought in a juvenile court when the court deems the interests of justice require representation . . . including any subsequent proceedings arising from an order therein." 13 V.S.A. § 5232(3). A petition for extraordinary relief is an original civil proceeding in the Supreme Court, V.R.A.P. 21(a)(1), and generally parties are not entitled to appointment of counsel in civil proceedings. In any event, because we conclude that there is no basis for petitioner to seek extraordinary relief as an original matter in this Court and dismiss her petitioner on that basis, we deny her request for counsel.

BY THE COURT:

Paul L. Reiber, Chief Justice

Beth Robinson, Associate Justice

Harold E. Eaton, Jr., Associate Justice

Karen R. Carroll, Associate Justice